IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| INNOMEMORY, LLC,<br>    Plaintiff,<br><br>v.<br><br>PROCORE TECHNOLOGIES, INC.,<br>    Defendant. | Civil Action No. 6:22-cv-00066-ADA<br><br>JURY TRIAL DEMANDED |

### ORDER ON PLAINTIFF'S MOTION TO ENLARGE TIME TO SERVE

Before the Court is Plaintiff Innomemory, LLC's Motion to Enlarge Time to Serve (the "Motion"). ECF No. 11. The Court having considered the Motion, hereby **DENIES** Plaintiff Innomemory LLC's ("Innomemory") Motion to Enlarge Time to Serve.

Innomemory filed its Complaint on January 18, 2022. ECF No. 1. In its Complaint, it alleges that Defendant Procore Technologies, Inc. ("Procore") is a Delaware corporation with a principal place of business in Carpinteria, California. ECF No. 1 ¶ 2. Innomemory, in its Motion, explains that on August 3, 2022, William P. Ramey, III ("Ramey") made an appearance at the request of Innomemory, and prior counsel, Neal Massand ("Massand") withdrew from the case. ECF No. 11. Innomemory asserts that it was unaware that in the seven months that Massand represented Innomemory, a Summons was not requested or issued, and service had not been attempted or perfected. *See id.* Innomemory fails to show good cause for why Procore has not been served. *See* Fed. R. Civ. P. 4(m).

Therefore, Plaintiff Innomemory LLC's Motion to Enlarge Time to Serve (ECF No. 11) is **DENIED**. It is further **ORDERED** that Plaintiff Innomemory, LLC's case against Defendant Procore Technologies, Inc. is hereby **DISMISSED WITHOUT PREJUDICE.**

SIGNED this 4th day of November, 2022.

                                                ALAN D ALBRIGHT  
                                                UNITED STATES DISTRICT JUDGE